[Home](#) » [Search](#) » [1300MAH UV Twist Variable Voltage Battery 3.2V-4.8V](#)

# 1300MAH UV Twist Variable Voltage Battery 3.2V-4.8V



Brand: UnoVapor
Product Code: UV 1300c-Twist
Reward Points: 0
Availability: In Stock

## Available Options

* **Battery Color:**
--- Please Select ---

Qty: 2    Add to Cart
   - OR -
Add to Wish List
Add to Compare
This product has a minimum quantity of 2

0 reviews   |   Write a review

Share                Description  Reviews (0)

1300MAH UV Twist Variable Voltage Battery 3.2V-4.8V