[Home](#) » [Brand](#) » [UnoVapor](#) » [eGo-K (King) Laser Etched Battery 1100mAh](#)

# eGo-K (King) Laser Etched Battery 1100mAh





Brand: [UnoVapor](#)
Product Code: Ego K
Reward Points: 0
Availability: In Stock

## Available Options

**\* Ego K:**

--- Please Select --- ▼

Qty: [ 3 ]   Add to Cart
   - OR -
Add to Wish List
Add to Compare
This product has a minimum quantity of 3
☆☆☆☆☆ 0 reviews  |  Write a review
   [Share](#)          [Description](#) [Reviews (0)](#)