UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

ATMOS NATION, LLC,
a Nevada Limited Liability Company, and
ATMOS TECHNOLOGY, LLC,   Case No: 16-62156-CIV-ZLOCH
a Florida Limited Liability Company,

Plaintiff,
v.
ECIGRUS, LLC
a Florida Limited Liability Company,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs Atmos Nation, LLC & Atmos Technology, LLC hereby enters this Notice of Settlement with the Defendants ECIGRUS, LLC
.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 8, 2016, I electronically filed the foregoing with the Clerk of the Court for the Southern District of Florida using the CM/ECF system, which will send electronic notice to all attorneys of record identified on the attached Service List and via US Mail to Ecigrus, LLC 5228 S. State Road 7, Davie FL 33314.

**Respectfully submitted,**

**Khullar, P.A. / USAPatents.com**
DKhullar@usapatents.com
4786 W Commercial Blvd
(305) 209-9008
Tamarac, Florida 33319
USA

**/s/Divya Khullar**

Divya Khullar, Esq.
Fl Bar No. 101116