UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62156-CIV-ZLOCH

ATMOS NATION, LLC, and ATMOS
TECHNOLOGY, LLC,

      Plaintiffs,            **FINAL ORDER OF DISMISSAL**

vs.

ECIGRUS, LLC,

      Defendant.
_____/

THIS MATTER is before the Court upon Plaintiffs' Notice Of Voluntary Dismissal Without Prejudice (DE 8).  The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Notice Of Voluntary Dismissal Without Prejudice (DE 8) be and the same is hereby approved, adopted, and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___9th___ day of December, 2016.

                                                WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:
All Counsel of Record